■ DAVID E. WHITEHOUSE, Appellant, v CINZIA INZINNA et al., Respondents. [6 NYS3d 513]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered August 20, 2014. The order, among other things, denied the motion of plaintiff for summary judgment in lieu of complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.